IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| W.L., IV, AND W.L.,V, | § | |
| | § | |
| Plaintiffs, | § | SA-19-CV-00607-FB |
| | § | |
| vs. | § | |
| | § | |
| SCOTT ASH JAMES ZIRUS, CAMP STEWART FOR BOYS INC., AMERICAN INSTITUTE FOR FOREIGN STUDY INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the above-styled cause of action.  On September 23, 2020, the Court ordered Plaintiff W.L., IV to formally notice the oral deposition of Defendant Scott Ash James Zirus, who is incarcerated at the French M. Robertson Unit of the Texas Department of Criminal Justice ("TDCJ").  The Court also ordered Zirus to notice the oral deposition of Plaintiff W.L., IV.  Plaintiff W.L., IV, was instructed to contact TDCJ to make arrangements for the depositions to be held via videoconference.  The Order also ordered that Zirus take the deposition of W.L., V, by written questions.  Plaintiff filed an amended pleading on September 28, 2020, adding W.L., V, as an additional Plaintiff, as he has obtained the age of majority and can now sue on his own behalf.

The Court received correspondence on September 28, 2020 from Plaintiffs' counsel that TDCJ represented that it is only allowing hearings and depositions to occur via teleconference.  To assist the Court in providing TDCJ with the necessary information to permit the ordered depositions by videoconference, the parties should confer on the dates and times of the intended depositions and file an advisory with the Court communicating this information.  The Court will

then issue an order that will be served on the Robertson Unit that directs the Unit to make Zirus available for the depositions. Alternatively, the parties may agree to conducting the depositions of Plaintiff W.L., IV, and Zirus by written questions, as with the deposition of Plaintiff W.L, V.

**IT IS THEREFORE ORDERED** that Plaintiffs and Zirus confer on the date and time for the oral depositions of Plaintiff W.L., IV, and Defendant Zirus and file an advisory with the Court **within 14 days** of this Order advising the Court of the parties' agreement as to the scheduling of the oral depositions or, alternatively, that they would prefer to proceed with all depositions by written questions.

SIGNED this 30th day of September, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE